■ In the Matter of PUNIA & MARX, INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent. BURGESS OSTERHOUT et al., Intervenors-Respondents.— In a proceeding to review a determination of the State Rent Administrator granting the landlord permission to convert from manual to automatic elevators on condition that certain specified services be furnished, the appeal is from an order denying the petition and dismissing the proceeding. Order reversed, without costs, and matter remitted to respondent for reconsideration of the provision requiring appellant to furnish the services of a basement attendant. This provision is predicated, in part, upon a finding that there is no way of " closing off " the fire stairway leading from the basement to the upper portions of the building. In view of appellant's offer to equip the door at the foot of said stairway with a " Panic Exit Device ", a description of which appears in the record, this finding is erroneous. We do not pass on the adequacy of such a device in the circumstances here present. Upon the reconsideration, respondent may also take into account appellant's claim that there is no interior connection between the elevator and fire stairway areas of the basement, and that, other than these two facilities, there is no means of ascent. Nolan, P. J., Beldock, Ughetta and Hallinan, JJ., concur; Kleinfeld, J., not voting.

## (May 21, 1956)

■ GLADYS BROCK, Appellant, v. HARRY BROCK, Respondent.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See *ante*, p. 973.]

■ In the Matter of the BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC., Petitioner. LOUIS J. LAWRENCE, an Attorney, Respondent.— Motion to discipline respondent. No answer has been filed. Respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Beldock, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ., Hallinan, J., not voting.

■ In the Matter of REDMAN & ROGERS, Appellants. ROY L. NEWITT, as Guardian ad Litem of CYRUS E. NEWITT and Another, Infants, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See *ante*, p. 975.]